**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | | |
|---|---|---|---|
| MARK E. DOTTORE | ) | CASE NO: | 1:08CV2434 |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | O R D E R | |
| | ) | | |
| H & R BLOCK FINANCIAL ADVISORS, INC., | ) | | |
| Defendant. | ) | | |

With the concurrence of the transferring judge, CHRISTOPHER A. BOYKO, and the receiving judge, KATHLEEN M. O'MALLEY, this case is transferred from the docket of CHRISTOPHER A. BOYKO to the docket of KATHLEEN M. O'MALLEY.

*S/Kathleen M. O'Malley*
KATHLEEN M. O'MALLEY
United States District Judge
Receiving Judge

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge
Transferring Judge

IT IS SO ORDERED.

*S/James G. Carr*
Chief Judge James G. Carr
United States District Judge

October 15, 2008